UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BILL OF INFORMATION FOR THEFT OF GOVERNMENT MONEY
AND FORFEITURE ALLEGATION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 16-123-JJB-RLB |
| versus | 18 U.S.C. § 641 |
| | 18 U.S.C. § 981(a)(1)(C) |
| KRISTIAN H. JAMES | 28 U.S.C. § 2461(c) |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT ONE**
(THEFT OF GOVERNMENT FUNDS)

On or about May 20, 2013, in the Middle District of Louisiana, **KRISTIAN H. JAMES**, defendant herein, did knowingly steal and convert to her own use United States government funds exceeding $1,000.00, namely a Federal financial aid payment in the amount of $2,348.28 that she received in her JPMorgan Chase Bank Account, Account Number ending in 2761, knowing that the money was not hers and with the intent to deprive the United States of the use and benefit of the money.

The above is a violation of Title 18, United States Code, Section 641.

**COUNT TWO**
(THEFT OF GOVERNMENT FUNDS)

On or about June 10, 2013, in the Middle District of Louisiana, **KRISTIAN H. JAMES**, defendant herein, did knowingly steal and convert to her own use United States government funds exceeding $1,000.00, namely a Federal financial aid payment in the amount of $2,348.28 that she received in her JPMorgan Chase Bank Account, Account Number ending in 5823,

knowing that the money was not hers and with the intent to deprive the United States of the use and benefit of the money.

The above is a violation of Title 18, United States Code, Section 641.

## FORFEITURE ALLEGATION

Upon conviction of the offenses set forth in Counts One and Two of this Bill of Information, **KRISTIAN JAMES**, defendant herein, shall forfeit to the United States pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any property, real and personal, that constitutes or is derived from proceeds traceable to such violations.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

the United States shall be entitled to a forfeiture money judgment and shall be allowed to forfeit

substitute property pursuant to Title 21, United States Code, Section 853(p) in satisfaction of the forfeiture money judgment.

Date: 9/7/16

UNITED STATES OF AMERICA, by

for J. WALTER GREEN
UNITED STATES ATTORNEY

PAUL L. PUGLIESE
ASSISTANT U.S. ATTORNEY

3

# Criminal Cover Sheet U.S. District Court

**Place of Offense:**

City      <u>Baton Rouge, Louisiana</u>

County/Parish  <u>East Baton Rouge Parish</u>

**Matter to be sealed:** ☒No  ☐ Yes

**Related Case Information:**

Superseding Indictment _____  Docket Number _____
Same Defendant _____  New Defendant ☒
Magistrate Case Number _____
Search Warrant Case No. _____
R 20/ R 40 from District of _____
**Any Other Related Cases:** <u>16-114-JWD-EWD</u>

**Defendant Information:**

Defendant Name:  Kristian Hazel James
Alias
Address:
Birthdate:    SS #:    Sex:    Race:    Nationality:

**U.S. Attorney Information:**

AUSA:  Paul L. Pugliese    Bar #:  FLBN 717370

**Interpreter:** ☒ No  ☐ Yes  **List language and/or dialect:** _____

**Location Status:**

Arrest Date _____
_____ Already in Federal Custody as of
_____ Already in State Custody
_____ On Pretrial Release

**U.S.C. Citations:**

Total # of Counts:  <u>2</u>

| Index Key/Code | Description of Offense Charged | Count(s) | Petty/Misdemeanor/Felony |
|---|---|---|---|
| 18:641 | Theft of Government funds | 1-2 | Felony |

Date: <u>11/2/16</u>    Signature of AUSA: *Paul L. Pugliese*

District Court Case Number (To be filled in by deputy clerk): _____